PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>CARLOS ARANDA,<br><br>       Defendant. | CASE NO.  2:22-CR-00230-DAD-1<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARING; ORDER<br><br>DATE: January 16, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Carlos Aranda, by and through his counsel of record, hereby stipulate as follows:

1. On October 3, 2023, Defendant entered a guilty plea. (ECF 43.)

2. By previous order, this matter was set for a sentencing and disposition hearing on January 16, 2024.

3. By this stipulation, the parties now move to continue the sentencing and disposition hearing until March 26, 2024.

4. The parties further agree and stipulate to the following:

  a) February 13, 2024: Draft PSR

  b) February 27, 2024: Informal objections

  c) March 5, 2024: Final PSR

1            d)      March 12, 2024: Corrections

2            e)      March 19, 2024: Replies

3

4      IT IS SO STIPULATED.

5

6 Dated:  January 10, 2024               PHILLIP A. TALBERT
                                       United States Attorney

7

8                                          /s/ ELLIOT C. WONG
                                         ELLIOT C. WONG

9                                          Assistant United States Attorney

10

11 Dated:  January 10, 2024                 /s/ KRESTA DALY

12                                          KRESTA DALY
                                         Counsel for Defendant

13                                          CARLOS ARANDA

14

15

16

17

18                                      **ORDER**

19      Pursuant to the stipulation of the parties, the sentencing hearing as to this defendant is continued

20 to March 26, 2024 at 9:30 a.m.

21      IT IS SO ORDERED.

22 Dated:  **January 10, 2024**

23                                     DALE A. DROZD
                                    UNITED STATES DISTRICT JUDGE

24

25

26

27

28